UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No. 2:11-cv-2922 DAD P |
| Plaintiff, | |
| v. | ORDER |
| M. DOWNING, | |
| Defendant. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On July 29, 2013, the court ordered the United States Marshal to serve the second amended complaint on defendant Downing. Process directed to defendant Downing was returned unserved because he is "no longer employed at High Desert State Prison." (ECF No. 33.) In addition, the U.S. Marshal noted that "[s]earching resources are limited and [they] have exhausted all avenues." (Id.) Plaintiff must provide additional information to serve defendant Downing. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or other means available to plaintiff.

On July 31, 2013, plaintiff requested that the Clerk of the Court send plaintiff three blank subpoena duces tecum forms. This request will be denied. The court has not issued a discovery and scheduling order as no defendant has yet appeared in this action. Furthermore, plaintiff has

1

1 | not informed the court who he intends to serve with the subpoena duces tecum, what documents
2 | he requests, whether he has sought the documents by other means, and in what way the
3 | documents are discoverable.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with
6 | an instruction sheet and a copy of the second amended complaint filed October 18, 2012.
7 |     2. Within sixty days from the date of this order, plaintiff shall complete and submit the
8 | attached Notice of Submission of Documents to the court, with the following documents:
9 |         a. One completed USM-285 form for defendant Downing;
10 |         b. Two copies of the endorsed second amended complaint filed October 18, 2012;
11 | and
12 |         c. One completed summons form (if not previously provided) or show good cause
13 | why he cannot provide such information.
14 |     3. Plaintiff's July 31, 2013 request for subpoena duces tecum forms (ECF No. 32) is
15 | denied.
16 | Dated:  September 18, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 | DAD: mp/4
atch2922.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. DOWNING,<br><br>　　　　Defendant. | No.  2:11-cv-2922 DAD P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　_____　　completed summons form

　　__\_1\_\___　　completed USM-285 forms

　　__\_2\_\___　　copies of the __\_\_\_October 18, 2012\_\___
　　　　　　　　Second Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff

3