1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILBUR ATCHERLEY,                        No.  2:11-cv-2922 DAD P

12              Plaintiff,

13        v.                                  ORDER

14   M. DOWNING,

15              Defendant.

16

17        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks

18   relief pursuant to 42 U.S.C. § 1983.

19        On July 29, 2013, the court ordered the United States Marshal to serve the second

20   amended complaint on defendant Downing.  Process directed to defendant Downing was returned

21   unserved because he is "no longer employed at High Desert State Prison." (ECF No. 33.)  In

22   addition, the U.S. Marshal noted that "[s]earching resources are limited and [they] have exhausted

23   all avenues." (Id.)  Plaintiff must provide additional information to serve defendant Downing.

24   Plaintiff shall promptly seek such information through discovery, the California Public Records

25   Act, California Government Code § 6250, et seq., or other means available to plaintiff.

26        On July 31, 2013, plaintiff  requested that the Clerk of the Court send plaintiff three blank

27   subpoena duces tecum forms.  This request will be denied.  The court has not issued a discovery

28   and scheduling order as no defendant has yet appeared in this action.  Furthermore, plaintiff has

1

1   not informed the court who he intends to serve with the subpoena duces tecum, what documents

2   he requests, whether he has sought the documents by other means, and in what way the

3   documents are discoverable.

4         Accordingly, IT IS HEREBY ORDERED that:

5         1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with

6   an instruction sheet and a copy of the second amended complaint filed October 18, 2012.

7         2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

8   attached Notice of Submission of Documents to the court, with the following documents:

9               a.  One completed USM-285 form for defendant Downing;

10              b.  Two copies of the endorsed second amended complaint filed October 18, 2012;

11  and

12              c.  One completed summons form (if not previously provided) or show good cause

13  why he cannot provide such information.

14        3.  Plaintiff's July 31, 2013 request for subpoena duces tecum forms (ECF No. 32) is

15  denied.

16  Dated:  September 18, 2013

17

18  DALE A. DROZD

19  UNITED STATES MAGISTRATE JUDGE

20  DAD: mp/4
    atch2922.8e

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILBUR ATCHERLEY,                          No.  2:11-cv-2922 DAD P

12                    Plaintiff,

13           v.                                   NOTICE OF SUBMISSION OF
                                                  DOCUMENTS
14    M. DOWNING,

15                    Defendant.

16

17           Plaintiff hereby submits the following documents in compliance with the court's order

18    filed _____ :

19           ____        completed summons form

20           __1__       completed USM-285 forms

21           __2__       copies of the ___October 18, 2012__
                                        Second Amended Complaint
22

23    DATED:

24

25

26                                           _____
27                                           Plaintiff

28
                                      3