UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>M. DOWNING,<br><br>            Defendant. | No. 2:11-cv-02922 DAD P<br><br><br><br>ORDER |

Counsel for defendant Downing has requested a forty-five day extension to file a responsive pleading pursuant to the court's order of July 29, 2013. Good cause appearing, the request will be granted.

On October 4, 2013, plaintiff filed a document styled, "Motion For Order Or Instruction On Serving Defenant [sic] And/Or A 180 Stay." (ECF No. 35.) Therein plaintiff questions what efforts the U.S. Marshal made to serve process of defendant Downing, requests instructions on how to execute service on defendant, and in the alternative, requests a stay for 180 days. In light of defendant Downing's appearance in this action through counsel, the plaintiff's request will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's October 10, 2013 request for an extension of time (ECF No. 36) is granted;

2. On or before November 25, 2013, defendant shall file and serve his responsive pleading.  If defendant files a motion to dismiss, plaintiff's opposition or statement of non-opposition to the motion shall be filed and served within twenty-one days after the date of service of the motion.  Any reply shall be filed and served in accordance with Local Rule 230(l); and

3. Plaintiff's October 4, 2013 request for an order or instructions on serving defendant Downing or a motion to stay this action (ECF No. 35), is denied as moot.

Dated:  October 15, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
atch2922.36resp